UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MASSANI, WILLIAM C § Case No. 10-28605
MASSANI, CARINA M §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Roy Safanda _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-28605 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | | | Date Filed (f) or Converted (c): | 06/26/10 (f) |
| | MASSANI, CARINA M | | | 341(a) Meeting Date: | 08/04/10 |
| For Period Ending: | 09/30/11 | | | Claims Bar Date: | 11/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. S. Elgin RE | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Schaumburg RE | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Lisle RE | 73,750.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. Am. Cht. Jt. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Am. Cht. W | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Nat. City | 30.00 | 0.00 | DA | 0.00 | FA |
| 8. Opp. MM | 400.00 | 0.00 | DA | 0.00 | FA |
| 9. Household | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 12. Life Insur. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 13. IRA | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 401K | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 15. IRA | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 16. P & G Stock | 3,500.00 | 0.00 | | 5,302.26 | FA |
| 17. Tellabs Stock | 6,000.00 | 5,000.00 | DA | 3,965.71 | FA |
| 18. Interest (u) | Unknown | 0.00 | | 6.24 | FA |
| 19. 2007 Nissan | 18,325.00 | 0.00 | DA | 0.00 | FA |
| 20. 2009 Nissan | 14,475.09 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $827,700.09 $5,000.00 $9,274.21 $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: | 10-28605   MB   Judge: Manuel Barbosa |
| Case Name: | MASSANI, WILLIAM C |
| | MASSANI, CARINA M |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 06/26/10 (f) |
| 341(a) Meeting Date: | 08/04/10 |
| Claims Bar Date: | 11/17/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting to collect balance of settlement funds.

Initial Projected Date of Final Report (TFR): 06/01/11      Current Projected Date of Final Report (TFR): 06/01/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Old Second National Bank |
| | MASSANI, CARINA M | | Account Number / CD #: | *******0665  Money Market Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 09/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/10 | 16 | Debtors | Sale of P&G Stock | 1129-000 | 5,000.00 | | 5,000.00 |
| 10/31/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 5,000.65 |
| 11/30/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 5,001.47 |
| 12/31/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,002.32 |
| 01/31/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,003.17 |
| 02/28/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.77 | | 5,003.94 |
| 03/31/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,004.79 |
| 04/13/11 | | Transfer to Acct #*******0657 | Bank Funds Transfer | 9999-000 | | 5,004.79 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,004.79 | 5,004.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,004.79 | |
| Subtotal | 5,004.79 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,004.79 | 0.00 | |

Page Subtotals  5,004.79  5,004.79

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28605 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | Bank Name: | Old Second National Bank |
| | MASSANI, CARINA M | Account Number / CD #: | *******0657 Checking Account |
| Taxpayer ID No: | *******5868 | | |
| For Period Ending: | 09/30/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/10 | 16 | Debtors | Sale of P&G Stock | 1129-000 | 302.26 | | 302.26 |
| 04/13/11 | | Transfer from Acct #*******0665 | Bank Funds Transfer | 9999-000 | 5,004.79 | | 5,307.05 |
| 04/13/11 | 001001 | The Estate of William C. Massani | Transf. funds to Cap One | 9999-000 | | 5,307.05 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,307.05 | 5,307.05 | 0.00 |
| Less: Bank Transfers/CD's | 5,004.79 | 5,307.05 | |
| Subtotal | 302.26 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 302.26 | 0.00 | |

Page Subtotals  5,307.05  5,307.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Capital One |
| | MASSANI, CARINA M | | Account Number / CD #: | *******7331  Money Market Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 09/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/11 | | The Estate of William C. Massani | Transf. funds to Cap One | 9999-000 | 5,307.05 | | 5,307.05 |
| 05/05/11 | 17 | Derrick B. Hager | | 1129-000 | 3,965.71 | | 9,272.76 |
| | | 106 W. Wilson St., Ste. 3-L | | | | | |
| | | Batavia, IL  60510 | | | | | |
| 05/31/11 | 18 | Capital One | Interest Rate  0.000 | 1270-000 | 0.76 | | 9,273.52 |
| 07/05/11 | 18 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,273.60 |
| 07/05/11 | 18 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.61 | | 9,274.21 |
| 07/05/11 | | Transfer from Acct #*******7358 | Bank Funds Transfer | 9999-000 | 9,274.13 | | 18,548.34 |
| 07/05/11 | | Transfer to Acct #*******7358 | Final Posting Transfer | 9999-000 | | 9,274.13 | 9,274.21 |
| 07/05/11 | | Transfer to Acct #*******7358 | | 9999-000 | | 9,274.21 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 18,548.34   18,548.34   0.00 |
| Less:  Bank Transfers/CD's | 14,581.18   18,548.34 |
| Subtotal | 3,967.16   0.00 |
| Less:  Payments to Debtors | 0.00 |
| Net | 3,967.16   0.00 |

Page Subtotals    18,548.34    18,548.34

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Capital One |
| | MASSANI, CARINA M | | Account Number / CD #: | *******7358 Checking Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 09/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/05/11 | | Transfer from Acct #*******7331 | Transfer In From MMA Account | 9999-000 | 9,274.13 | | 9,274.13 |
| 07/05/11 | | Transfer from Acct #*******7331 | | 9999-000 | 9,274.21 | | 18,548.34 |
| 07/05/11 | | Transfer to Acct #*******7331 | Bank Funds Transfer | 9999-000 | | 9,274.13 | 9,274.21 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 18,548.34 | 9,274.13 | 9,274.21 |
| Less: Bank Transfers/CD's | 18,548.34 | 9,274.13 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********0665 | 5,004.79 | 0.00 | 0.00 |
| Checking Account - ********0657 | 302.26 | 0.00 | 0.00 |
| Money Market Account - ********7331 | 3,967.16 | 0.00 | 0.00 |
| Checking Account - ********7358 | 0.00 | 0.00 | 9,274.21 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 9,274.21 | 0.00 | 9,274.21 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  18,548.34  9,274.13

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-28605 | | Page 1 | | Date: September 30, 2011 |
| Debtor Name: | MASSANI, WILLIAM C | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Roy Safanda, Attorney for the Trustee | Administrative | | $806.25 | $0.00 | $806.25 |
| 000001<br>070<br>7100-00 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $17,231.24 | $0.00 | $17,231.24 |
| 000003<br>070<br>7100-00 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured | | $11,122.38 | $0.00 | $11,122.38 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $6,554.78 | $0.00 | $6,554.78 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $1,757.35 | $0.00 | $1,757.35 |
| 000006<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $3,328.29 | $0.00 | $3,328.29 |
| 000007<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,069.55 | $0.00 | $1,069.55 |
| 000008<br>070<br>7100-00 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Unsecured | | $3,763.40 | $0.00 | $3,763.40 |
| 000009<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,644.50 | $0.00 | $2,644.50 |
| 000010<br>070<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $23,769.77 | $0.00 | $23,769.77 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-28605 | | Page 2 | | | Date: September 30, 2011 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | MASSANI, WILLIAM C | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000011 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $1,481.24 | $0.00 | $1,481.24 |
| 000012 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $2,529.52 | $0.00 | $2,529.52 |
| 000013 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $11,231.60 | $0.00 | $11,231.60 |
| 000014 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,421.96 | $0.00 | $1,421.96 |
| 000015 080 7200-00 | HSBC Bank Nevada, N.A. (Menards) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $88,711.83 | $0.00 | $88,711.83 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28605
Case Name: MASSANI, WILLIAM C
　　　　　　 MASSANI, CARINA M
Trustee Name: Roy Safanda

　　　　Balance on hand　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Attorney for the Trustee | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　$_____
　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc. 1750 Regal Row Suite 120 PO Box 36655 Dallas Texas 75235 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ | $ | $ |
| 000007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000008 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | $ | $ | $ |
| 000009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000011 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000014 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors              $_____

Remaining Balance                                                                         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | HSBC Bank Nevada, N.A. (Menards) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors              $_____

Remaining Balance                                                                         $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE