UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                         §
                                               §
MASSANI, WILLIAM C                             §     Case No. 10-28605
MASSANI, CARINA M                              §
                                               §
                                               §
         Debtor(s)                             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                US Courthouse
                Bankruptcy Clerk
                Assignment Desk, Rm 710
                219 S. Dearborn St.
                Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/10/2011 in Courtroom 250,

                US Courthouse
                100 S. 3rd St.
                Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/30/2011                          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MASSANI, WILLIAM C § Case No. 10-28605
MASSANI, CARINA M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,274.21 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,274.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 1,677.42 | $ 0.00 | $ 1,677.42 |
| Trustee Expenses: Roy Safanda | $ 62.96 | $ 0.00 | $ 62.96 |
| Attorney for Trustee Fees: Roy Safanda, Attorney for the Trustee | $ 806.25 | $ 0.00 | $ 806.25 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,546.63 |
| Remaining Balance | $ 6,727.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,905.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc. 1750 Regal Row Suite 120 PO Box 36655 Dallas Texas 75235 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 17,231.24 | $ 0.00 | $ 1,318.74 |
| 000003 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | $ 11,122.38 | $ 0.00 | $ 851.22 |
| 000004 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ 6,554.78 | $ 0.00 | $ 501.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 1,757.35 | $ 0.00 | $ 134.49 |
| 000006 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 3,328.29 | $ 0.00 | $ 254.72 |
| 000007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 1,069.55 | $ 0.00 | $ 81.85 |
| 000008 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | $ 3,763.40 | $ 0.00 | $ 288.02 |
| 000009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,644.50 | $ 0.00 | $ 202.39 |
| 000010 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 23,769.77 | $ 0.00 | $ 1,819.15 |
| 000011 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 1,481.24 | $ 0.00 | $ 113.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 2,529.52 | $ 0.00 | $ 193.59 |
| 000013 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 11,231.60 | $ 0.00 | $ 859.58 |
| 000014 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 1,421.96 | $ 0.00 | $ 108.82 |

Total to be paid to timely general unsecured creditors         $          6,727.58

Remaining Balance         $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | HSBC Bank Nevada, N.A. (Menards) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors         $          0.00

Remaining Balance         $          0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-28605-MB
William C Massani                                               Chapter 7
Carina M Massani
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1             Page 1 of 2                   Date Rcvd: Oct 04, 2011
                              Form ID: pdf006             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2011.
db/jdb        +William C Massani,   Carina M Massani,    767 Chasewood Dr.,    South Elgin, IL 60177-3229
15766897      +Aes/nct,   P.O.Box 2461,    Harrisburg, PA 17105-2461
15766898      +American Express,   c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16367126       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16421776       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15766899      +American Home Mtg Srv,   PO Box 631730,    Irving, TX 75063-0002
15766900      +Americas Servicing Co,   Attention: Bankruptcy,    Po Box 10328,   Des Moines, IA 50306-0328
15766901       Bank Of America,   4060 Ogletown/Stanton Rd,    Newark, DE 19713
15766902     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
16117724       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,   PO Box 248839,
                Oklahoma City, OK   73124-8839
15766903      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16096246       Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
16154505      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15766904      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
15766905       CitiBusiness Advantage,   PO Box 6235,    Sioux Falls SD 57117-6235
16357339      +Citibank South Dakota NA,   Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
17621099      +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
15766906      +Codilis & Associates PC,   15W030 North Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
15766908      +Fia Csna,   Attn: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686
17045756      +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
15766910      +Nissan Motor,   Po Box 660360,   Dallas, TX 75266-0360
15766911       Nissn Inf Lt,   Attn: Bankruptcy,    Po Box 371491,    Pittsburg, PA 75266
16029585     ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,   DALLAS TX 75235-1655
              (address filed with court: Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
                PO Box 36655,   Dallas Texas 75235)
15847115      +REPRODUCTIVE GYNECOLOGISTS,    10001 WEST ROOSEVELT RD,    WESTCHESTER IL 60154-2664
15847116      +SANTANNA ENERGY SERVICES,    120 E OGDEN AVE STE 236,    HINSDALE IL 60521-3887
15766913      +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
16114744     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201-5229)
15847117     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK/NA ND,    4325 17TH AVE S,    FARGO ND 58125)
15766914     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
15766915      +Wells Fargo Bank Nv Na,   P O Box 31557,    Billings, MT 59107-1557
15766916      +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,   Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16121731       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2011 02:45:11
                American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK   73124-8866
16183611      +E-mail/Text: legalcollections@comed.com Oct 05 2011 02:49:52      COMMONWEALTH EDISON,
                PO BOX 805379,   CHICAGO IL 60680-4179
16405951       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2011 02:45:10
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK   73124-8809
15766909      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 05 2011 02:46:35      Kohls/chase,   Po Box 3115,
                Milwaukee, WI 53201-3115
15847118      +E-mail/Text: bankrup@nicor.com Oct 05 2011 02:34:42      NICOR,   1844 FERRY RD,
                NAPERVILLE IL 60563-9600
16369717      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 05 2011 02:49:27
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
15766912      +E-mail/Text: 00SVOBANKRUPTCY@STARWOODVO.COM Oct 05 2011 02:39:05      Starwood Vacation Owne,
                9002 San Marco Ct,   Orlando, FL 32819-8600
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15766907     ##+Dawn Massani,   6010 Forest View Dr, Unit 3-B,   Lisle, IL 60532-3365
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: cmendoza1            Page 2 of 2                Date Rcvd: Oct 04, 2011
                              Form ID: pdf006            Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**                    **Signature:**    _Joseph Speetjens_