UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MASSANI, WILLIAM C | § | Case No. 10-28605 |
| MASSANI, CARINA M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/Roy Safanda _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mtg Srv PO Box 631730 Irving, TX 75063-1730 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Co Attention: Bankruptcy Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Nissan Motor Po Box 660360 Dallas, TX 75266 | | | | | |
| | Nissn Inf Lt Attn: Bankruptcy Po Box 371491 Pittsburg, PA 75266 | | | | | |
| | Wells Fargo Bank Nv Na P O Box 31557 Billings, MT 59107 | | | | | |
| | Wells Fargo Bank Nv Na P O Box 31557 Billings, MT 59107 | | | | | |
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Jacksonville, FL 32256 | | | | | |
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Jacksonville, FL 32256 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| ROY SAFANDA, ATTORNEY FOR THE TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/nct P.O.Box 2461 Harrisburg, PA 17105 | | | | | |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Kohls/chase Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Starwood Vacation Owne 9002 San Marco Ct Orlando, FL 32819 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA,N.A | | | | | |
| 000008 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001 | REAL TIME RESOLUTIONS, INC. | | | | | |
| 000003 | U.S. BANK N.A. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | HSBC BANK NEVADA, N.A. (MENARDS) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-28605 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | Date Filed (f) or Converted (c): | 06/26/10 (f) |
| | MASSANI, CARINA M | 341(a) Meeting Date: | 08/04/10 |
| For Period Ending: | 12/31/11 | Claims Bar Date: | 11/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. S. Elgin RE | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Schaumburg RE | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Lisle RE | 73,750.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. Am. Cht. Jt. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Am. Cht. W | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Nat. City | 30.00 | 0.00 | DA | 0.00 | FA |
| 8. Opp. MM | 400.00 | 0.00 | DA | 0.00 | FA |
| 9. Household | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 12. Life Insur. | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 13. IRA | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 401K | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 15. IRA | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 16. P & G Stock | 6,900.00 | 0.00 | | 5,302.26 | FA |
| 17. Tellabs Stock | 6,000.00 | 5,000.00 | DA | 3,965.71 | FA |
| 18. Interest (u) | Unknown | 0.00 | | 6.24 | FA |
| 19. 2007 Nissan | 18,325.00 | 0.00 | DA | 0.00 | FA |
| 20. 2009 Nissan | 14,475.09 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $803,600.09 | $5,000.00 | | $9,274.21 | $0.00 |

(Total Dollar Amount in Column 6)

Case 10-28605    Doc 63    Filed 01/16/12    Entered 01/16/12 15:17:21    Desc Main
Document      Page 10 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-28605    MB    Judge: Manuel Barbosa | Trustee Name:    Roy Safanda |
| Case Name: | MASSANI, WILLIAM C | Date Filed (f) or Converted (c):    06/26/10 (f) |
| | MASSANI, CARINA M | 341(a) Meeting Date:    08/04/10 |
| | | Claims Bar Date:    11/17/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting to collect balance of settlement funds.

Initial Projected Date of Final Report (TFR): 06/01/11    Current Projected Date of Final Report (TFR): 06/01/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Old Second National Bank |
| | MASSANI, CARINA M | | Account Number / CD #: | *******0665 Money Market Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/10 | 16 | Debtors | Sale of P&G Stock | 1129-000 | 5,000.00 | | 5,000.00 |
| 10/31/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 5,000.65 |
| 11/30/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 5,001.47 |
| 12/31/10 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,002.32 |
| 01/31/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,003.17 |
| 02/28/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.77 | | 5,003.94 |
| 03/31/11 | 18 | Old Second National Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 5,004.79 |
| 04/13/11 | | Transfer to Acct #*******0657 | Bank Funds Transfer | 9999-000 | | 5,004.79 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,004.79 | 5,004.79 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,004.79 | |
| Subtotal | | 5,004.79 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 5,004.79 | 0.00 | |

Page Subtotals 5,004.79 5,004.79

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Old Second National Bank |
| | MASSANI, CARINA M | | Account Number / CD #: | *******0657  Checking Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/10 | 16 | Debtors | Sale of P&G Stock | 1129-000 | 302.26 | | 302.26 |
| 04/13/11 | | Transfer from Acct #*******0665 | Bank Funds Transfer | 9999-000 | 5,004.79 | | 5,307.05 |
| 04/13/11 | 001001 | The Estate of William C. Massani | Transf. funds to Cap One | 9999-000 | | 5,307.05 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,307.05 | 5,307.05 | 0.00 |
| Less:  Bank Transfers/CD's | 5,004.79 | 5,307.05 | |
| Subtotal | 302.26 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 302.26 | 0.00 | |

Page Subtotals            5,307.05            5,307.05

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Capital One |
| | MASSANI, CARINA M | | Account Number / CD #: | *******7331  Money Market Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/11 | | The Estate of William C. Massani | Transf. funds to Cap One | 9999-000 | 5,307.05 | | 5,307.05 |
| 05/05/11 | 17 | Derrick B. Hager | | 1129-000 | 3,965.71 | | 9,272.76 |
| | | 106 W. Wilson St., Ste. 3-L | | | | | |
| | | Batavia, IL  60510 | | | | | |
| 05/31/11 | 18 | Capital One | Interest Rate  0.000 | 1270-000 | 0.76 | | 9,273.52 |
| 07/05/11 | 18 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,273.60 |
| 07/05/11 | 18 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.61 | | 9,274.21 |
| 07/05/11 | | Transfer from Acct #*******7358 | Bank Funds Transfer | 9999-000 | 9,274.13 | | 18,548.34 |
| 07/05/11 | | Transfer to Acct #*******7358 | Final Posting Transfer | 9999-000 | | 9,274.13 | 9,274.21 |
| 07/05/11 | | Transfer to Acct #*******7358 | | 9999-000 | | 9,274.21 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 18,548.34 | 18,548.34 | 0.00 |
| Less:  Bank Transfers/CD's | 14,581.18 | 18,548.34 | |
| Subtotal | 3,967.16 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,967.16 | 0.00 | |

Page Subtotals    18,548.34    18,548.34

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28605 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | MASSANI, WILLIAM C | | Bank Name: | Capital One |
| | MASSANI, CARINA M | | Account Number / CD #: | *******7358 Checking Account |
| Taxpayer ID No: | *******5868 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/05/11 | | Transfer from Acct #*******7331 | Transfer In From MMA Account | 9999-000 | 9,274.13 | | 9,274.13 |
| 07/05/11 | | Transfer from Acct #*******7331 | | 9999-000 | 9,274.21 | | 18,548.34 |
| 07/05/11 | | Transfer to Acct #*******7331 | Bank Funds Transfer | 9999-000 | | 9,274.13 | 9,274.21 |
| 11/10/11 | 001001 | Chase Bank USA, N.A. <br> PO Box 15145 <br> Wilmington, DE 19850-5145 | Final Dividend | 7100-000 | | 1,318.74 | 7,955.47 |
| 11/10/11 | 001002 | U.S. Bank N.A. <br> Bankruptcy Department <br> P.O. Box 5229 <br> Cincinnati, OH 45201-5229 | Final Dividend | 7100-000 | | 851.22 | 7,104.25 |
| 11/10/11 | 001003 | Capital One Bank (USA), N.A. <br> by American Infosource Lp As Agent <br> PO Box 248839 <br> Oklahoma City, OK 73124-8839 | Final Dividend | 7100-000 | | 501.65 | 6,602.60 |
| 11/10/11 | 001004 | Capital One Bank (USA), N.A. <br> by American Infosource Lp As Agent <br> PO Box 248839 <br> Oklahoma City, OK 73124-8839 | Final Dividend | 7100-000 | | 134.49 | 6,468.11 |
| 11/10/11 | 001005 | American Infosource Lp As Agent for Target <br> PO Box 248866 <br> Oklahoma City, OK 73124-8866 | Final Dividend | 7100-000 | | 254.72 | 6,213.39 |
| 11/10/11 | 001006 | Chase Bank USA,N.A <br> c/o Creditors Bankruptcy Service <br> P O Box 740933 <br> Dallas,Tx 75374 | Final Dividend | 7100-000 | | 81.85 | 6,131.54 |
| 11/10/11 | 001007 | American Express Bank, FSB <br> c o Becket and Lee LLP <br> POB 3001 | Final Dividend | 7100-000 | | 202.39 | 5,929.15 |

Page Subtotals  18,548.34  12,619.19

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28605 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | Bank Name: | Capital One |
|  | MASSANI, CARINA M | Account Number / CD #: | *******7358  Checking Account |
| Taxpayer ID No: | *******5868 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/10/11 | 001008 | Malvern, PA 19355-0701<br>PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Dividend | 7100-000 | | 1,819.15 | 4,110.00 |
| 11/10/11 | 001009 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Dividend | 7100-000 | | 113.36 | 3,996.64 |
| 11/10/11 | 001010 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Dividend | 7100-000 | | 193.59 | 3,803.05 |
| 11/10/11 | 001011 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Dividend | 7100-000 | | 859.58 | 2,943.47 |
| 11/10/11 | 001012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Dividend | 7100-000 | | 108.82 | 2,834.65 |
| 11/10/11 | 001013 | Citibank South Dakota NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Final Dividend | 7100-000 | | 288.02 | 2,546.63 |
| 11/10/11 | 001014 | Roy Safanda<br>Trustee<br>111 East Side Drive<br>Geneva, IL  60134 | Trustee's Fees and Expenses | | | 1,740.38 | 806.25 |

Page Subtotals    0.00    5,122.90

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28605 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | MASSANI, WILLIAM C | Bank Name: | Capital One |
| | MASSANI, CARINA M | Account Number / CD #: | *******7358 Checking Account |
| Taxpayer ID No: | *******5868 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees | 1,677.42 | 2100-000 | | | |
| | | | Expenses | 62.96 | 2200-000 | | | |
| 11/10/11 | 001015 | Roy Safanda, Attorney for the Trustee | Attorney for Trustee | | 3110-000 | | 806.25 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,548.34 | 18,548.34 | 0.00 |
| Less: Bank Transfers/CD's | 18,548.34 | 9,274.13 | |
| Subtotal | 0.00 | 9,274.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,274.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********0665 | 5,004.79 | 0.00 | 0.00 |
| Checking Account - ********0657 | 302.26 | 0.00 | 0.00 |
| Money Market Account - ********7331 | 3,967.16 | 0.00 | 0.00 |
| Checking Account - ********7358 | 0.00 | 9,274.21 | 0.00 |
| | 9,274.21 | 9,274.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        806.25

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*